```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 08301
    JAMAL E TAYLOR
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-6142


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/07/2007 and was confirmed 07/30/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
IONESA WOODS               NOTICE ONLY    NOT FILED              .00           .00
NEW AGE CHICAGO FURNITUR   SECURED NOT I     240.07              .00           .00
CITY OF CHICAGO PARKING    UNSECURED        4125.95              .00           .00
UNIVERSITY OF CHICAGO PH   UNSECURED      NOT FILED              .00           .00
ILLINOIS DEPT OF EMP SEC   UNSECURED      NOT FILED              .00           .00
ILL STDNT AS               UNSECURED        5894.42              .00           .00
INTERNAL REVENUE SERVICE   UNSECURED        6496.85              .00           .00
WEISS MEMORIAL HOSPITAL    UNSECURED      NOT FILED              .00           .00
WEISS MEMORIAL HOSPITAL    UNSECURED      NOT FILED              .00           .00
PREMIUM ASSET RECOVERY C   UNSECURED         230.00              .00           .00
WEISS MEMORIAL HOSPITAL    UNSECURED      NOT FILED              .00           .00
PRIMCO                     UNSECURED      NOT FILED              .00           .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED              .00           .00
UPTOWN EMERG PHYSICIANS    UNSECURED      NOT FILED              .00           .00
UPTOWN EMERG PHYSICIANS    UNSECURED      NOT FILED              .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         1924.65              .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     334.00              .00        168.51
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,500.00                            .00
TOM VAUGHN                 TRUSTEE                                           12.49
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              181.00

PRIORITY                                    168.51
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                         12.49

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 08301 JAMAL E TAYLOR
```

```
DEBTOR REFUND                                                              .00
                                             ---------------    ---------------
TOTALS                                                181.00             181.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                           /s/ Tom Vaughn
     Dated: 02/26/08                       _____
                                           TOM VAUGHN
                                           CHAPTER 13 TRUSTEE